## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA                                             PLAINTIFF

v.                                              No. 4:11CV00443 JLH

CHAROLETTE ASHLEY, individually and as Trustee of the J.D. Ashley Irrevocable Trust Agreement dated April 4, 1997, RICHARD H. ASHLEY, as Trustee of the J.D. Ashley, Sr. Irrevocable Trust Agreement dated January 10, 1988, RICHARD H. ASHLEY, as Co-Executor of the Estate of John D. Ashley, Sr., JOHN D. ASHLEY, Jr., as Co-Executor of the Estate of John D. Ashley, Sr., THE ESTATE OF JOHN D. ASHLEY, SR., and DOES 1-10                                            DEFENDANTS

## ORDER

Pursuant to the stipulation of the parties, this action is dismissed with prejudice.

IT IS SO ORDERED this 16th day of September, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE